# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES, | : |
|       Plaintiff | : Criminal No. 2:15-cr-00109-JHS |
| v. | : |
| DEAN ROSSI, | : **NOTICE OF APPEAL** |
|       Defendant. | : |

Defendant Dean Rossi, by his undersigned counsel, hereby appeals from the final judgment of the United States District Court for the Eastern District of Pennsylvania entered October 23, 2020.

Dated: October 23, 2020

*Edward F. Borden Jr.*  
Edward F. Borden, Jr.  
EARP COHN P.C.  
123 South Broad Street, Ste. 1030  
Philadelphia, PA 19109  
(215) 963-9520  
(856) 385-7060 (direct fax)  
eborden@earpcohn.com  
Counsel for Defendant Dean Rossi

1

Notice of Appeal(1653440.1)